# United States District Court
## Northern District of Illinois
### Eastern Division

Arless C. Hudson, et al.            **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 05 C 6783

Deutsche Bank AG, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that all claims by Plaintiffs Arless C. Hudson and The Ach Sunrise Trust are dismissed, with prejudice, as to Defendants Matt Colnon, Banc One Investment Advisors Corporation, Bank One Corporation n/k/a JP Morgan Chase & Co., American National Bank & Trust Company of Chicago, Scott Deichmann, Jeffrey Conrad, and John Ohle, III. All of the Plaintiffs' claims and causes of action against these Bank One Defendants are dismissed with prejudice, with all parties bearing their own costs.

                                           Michael W. Dobbins, Clerk of Court

Date: 12/28/2007                    /s/ Ken Wood, Deputy Clerk